**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 (Involuntary Petition) |
|  | ) |
| ALARON HOLDINGS, INC. | ) Case No. 09 B 28420 |
|  | ) |
| Alleged Debtor. | ) Hon. Susan Pierson Sonderby |
|  | ) |

## RULE 7007.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the alleged debtor, Alaron Holding Corporation,[1] hereby discloses that there are no corporations that directly or indirectly hold more than 10% of Alaron Holding Corporation's stock.

Dated: August 19, 2009

Respectfully submitted,

ALARON HOLDING CORPORATION

By:  /s/ Geoffrey S. Goodman
     Scott E. Early, ARDC #706485
     Geoffrey S. Goodman, ARDC #6272297
     Anna R. Downs-Temple, ARDC #6289394
     Foley & Lardner LLP
     321 North Clark Street, Suite 2800
     Chicago, IL 60654-5313
     Telephone:  (312) 832-4500
     Facsimile:   (312) 832-4700

---

[1] Alaron Holding Corporation was incorrectly named in the involuntary petition as "Alaron Holdings, Inc."

CHIC_4408266.1